ORIGINAL

FILED

12/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0682

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0682

JAVIER BAUTISTA,

Petitioner and Appellant,

v.                                               O R D E R

OFFICE OF THE COURT ADMINISTRATOR,

Respondent and Appellee.

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time until February 3, 2025, to prepare, file, and serve the Opening Brief.

DATED this 31st day of December, 2024

For the Court,



Chief Justice

FILED

DEC 3 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana